Prob. PR-39
(Rev. 01-31-08)

CONFIDENTIAL

# U.S. DISTRICT COURT
## DISTRICT OF PUERTO RICO
## PROBATION OFFICE

TRANSMITTAL MEMO

TO: HON. JOSE A. FUSTE, CHIEF, U.S. DISTRICT JUDGE

RE: RAMALLO-DIAZ, Angel          Cr. No.   07-00451-001(JAF)
       Case Name

    Because of the possibility that the Judge will rely on
information in the presentence report, as well as, the potential for
appellate review, the presentence report has been hand delivered to
the chambers of Judge Jose A. Fusté, Chief, under seal in accordance
with the long-standing practice of treating presentence reports as
non-public in view of the sensitive and often confidential
information contained herein.

                                    S/EUSTAQUIO BABILONIA
                                    EUSTAQUIO BABILONIA, CHIEF
                                    U. S. PROBATION OFFICER

ACKNOWLEDGED RECEIPT ON: 2/19/08

SIGNED: _____

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COMPLETION OF REPORT NOTIFIED TO:

Person Contacted:

| | | | |
|---|---|---|---|
| Howard P. Stewart, Esq. | 02-08-08 | 3:16pm | ser |
| U.S. Attorney's Office | Date | Time | By |
| | | | |
| ATTY Juan R. Acevedo | 02-08-08 | 3:17pm | ser |
| Counsel's Office | Date | Time | By |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

COPY FORWARDED TO AUSA THROUGH CLERK'S  OFFICE ON ................   02-08-08

TWO COPIES FORWARDED TO COUNSEL VIA REGULAR MAIL ON..............   02-08-08

TWO COPIES HAND DELIVERED TO DEFENSE COUNSEL ON .................   _____

TWO COPIES FORWARDED TO AFPD OFFICE VIA CLERK'S OFFICE ON........   _____

CFC/ser